# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GEORGE FOXWORTH,**

    **Plaintiff,**

**v.**                                                       **Case No. 5:22-cv-34-AW-MJF**

**WASTE PRO OF FLORIDA, INC.,**

    **Defendant.**

_____/

## ORDER REGARDING SETTLEMENT

The parties have settled the case. ECF No. 13. All deadlines are stayed for thirty days. If the parties have not filed a stipulation of dismissal on or before July 5, 2022, the case will be dismissed without further notice.

SO ORDERED on June 2, 2022.

                                                          s/ *Allen Winsor*
                                                          United States District Judge