# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GEORGE FOXWORTH,**
    **Plaintiff,**

v.                                                      Case No. 5:22-cv-34-AW-MJF

**WASTE PRO OF FLORIDA INC.,**
    **Defendant.**

_____/

## **JUDGMENT**

Based on the parties' settlement, Plaintiff George Foxworth shall recover from Defendant Waste Pro of Florida, Inc., the sum of $1,850.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

<u>July 7, 2022</u>                                   s/ KELLI MALU
Date                                               Deputy Clerk: Kelli Malu